THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Dwayne Curtis Deleston, Appellant,
v.
The State, Respondent.
 
 
 

Appeal From Berkeley County
  Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No.  2005-UP-466
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  In 1998, the magistrates court convicted Dwayne Deleston of criminal domestic violence and sentenced him to a fine and community service.  In 2003, Deleston filed a notice of appeal of his conviction and sentence with the circuit court.  The circuit court dismissed Delestons appeal as untimely.  Deleston asserts the circuit court erred in dismissing his appeal because the failure to file within the required time does not deprive the circuit court of subject matter jurisdiction.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.       
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.